**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SOCORRO KEENAN, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>RESOURCE TRANSITIONS<br>CONSULTANTS LLC, A WASHINGTON<br>LIMITED LIABILITY COMPANY, AS<br>GENERAL RECEIVER FOR THE<br>BENEFICIAL OWNERS OF THE<br>RECEIVERSHIP PROPERTY,<br>Respondent. | No. 68426 |

**FILED**

JUL 3 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order declaring that respondent receiver has substantially complied with the notice provisions of NRS 39.270. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order declaring that a receiver has complied with the notice provisions of NRS

15-23248

39.270. Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Socorro Keenan
Lewis Roca Rothgerber LLP/Las Vegas
Eighth District Court Clerk